## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**TERRILL L. AILEP,**
**D.O.C. #M09499**

     **Plaintiff,**

**v.**                                    **Case No. 4:19-cv-266-AW-MAF**

**OFFICER DALAN MCDONALD,**
**LORI NORWOOD, and ASSISTANT**
**WARDEN JAVIER JONES,**

     **Defendants.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's March 25, 2020 Report and Recommendation. ECF No. 8. I have also considered *de novo* the issues raised in Plaintiff's objections. ECF No. 13. The Report and Recommendation noted that Plaintiff had brought—and lost—the same claims in the Southern District. In response, Plaintiff contends that this case is different because he alleges mental anguish that was not at issue in the earlier case because, he explains, the anguish occurred only later. Even if this fact precluded application of res judicata, this would not change the outcome. As to the mental anguish claim, Plaintiff has not alleged anything that would constitute an Eighth Amendment claim and, even if he had, the Prison Litigation Reform Act precludes claims for mental anguish absent physical

injury. *See* 42 U.S.C. § 1997e(e). As to the loss of property, the Report and Recommendation correctly explains Plaintiff's failure to state a claim.

It is now ORDERED:

1.      The Report and Recommendation (ECF No. 8) is adopted and incorporated into this order.

2.      The clerk will enter a judgment that says, "This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim."

3.      The clerk will close the file.

SO ORDERED on May 12, 2020.

s/ *Allen Winsor*
United States District Judge